JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>               Plaintiff,<br><br>      v.<br><br>S. GATES, et al.,<br><br>               Defendants. | Case No. 2:19-cv-08908-RGK-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 24, 2021

*Gary Klausner*

_____

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE