|  |  |
|---|---|

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KELVIN X. SINGLETON, | Case No. 2:19-cv-08908-RGK-JC |
|---|---|
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| S. GATES, et al., | |
| Defendants. | [DOCKET NO. 88] |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the March 13, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court sustains Defendants' Objection which is directed to a scrivener's error in the Proposed Order Accepting the Report and Recommendation (*i.e.*, that the dismissal of the official capacity claims are with, rather than without leave to amend as recommended in the Report and Recommendation) and corrects such error herein.

IT IS HEREBY ORDERED:

1. Defendants' Motion to Dismiss the Second Amended Complaint is granted in part and denied in part;

///

2. Defendants' Motion to Dismiss the Second Amended Complaint is granted to the extent it seeks dismissal of plaintiff's official-capacity claims against defendants M. Lewis, B. Ramos, A. Galstian (erroneously sued as A. Galstain), and M. Nawaz without leave to amend and is otherwise denied;

3. Plaintiff's official-capacity claims against defendants Lewis, Ramos, Galstian, and Nawaz are dismissed without leave to amend;

4. Within fourteen (14) days of the date of this Order, the remaining defendants – Gates in her individual and official capacities, and Lewis, Ramos, Galstian, and Nawaz in their individual capacities only – shall file an Answer to the Second Amended Complaint.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and counsel for defendants.

IT IS SO ORDERED

DATED: 4/27/2023

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE