IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN X. SINGLETON,<br><br>                                    Plaintiff,<br><br>          v.<br><br>S. GATES, et al.,<br><br>                                    Defendants. | Case No. 2:19-cv-08908-RGK-JC<br><br>~~(PROPOSED)~~<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and agrees with, accepts, and adopts the findings, conclusions and recommendations of the Magistrate Judge reflected in the November 19, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and – after conducting a *de novo* review – overrules Plaintiff's Objections to the Report and Recommendation ("Objections") (Docket No. 150) to which Defendants responded (Docket No. 151).

IT IS HEREBY ORDERED that (1) Plaintiff's requests for judicial notice are granted in part and denied in part as detailed in the Report and Recommendation; (2) Defendants' objections to Plaintiff's exhibits are overruled as moot;

1

(3) Defendants' Motion for Summary Judgment is granted and summary judgment is granted in favor of Defendants and against Plaintiff; and (4) Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on Plaintiff and counsel for Defendants.

IT IS SO ORDERED.

Dated:   1/14/2025

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE