JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| KELVIN X. SINGLETON, | Case No. 2:19-cv-08908-RGK-JC |
|---|---|
| Plaintiff, | ~~(PROPOSED)~~ |
| v. | JUDGMENT |
| S. GATES, et al., | |
| Defendants. | |

In accordance with this Court's concurrently issued Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Judgment be entered in favor of Defendants and against Plaintiff.

IT IS SO ADJUDGED.

Dated: 1/14/2025

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1